THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK PARMELEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>BLUCORA, INC., a Delaware corporation, WILLIAM J. RUCKELSHAUS, and ERIC M. EMANS,<br><br>Defendants. | CASE NO.: 2:14-cv-00706-RSL<br><br>CLASS ACTION<br><br>**STIPULATED MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br><br>November 3, 2014 |

After conducting further investigation, Lead Plaintiff has determined not to file an amended complaint and to dismiss the above captioned action without prejudice.

For this reason, the parties respectfully request the Court enter the proposed stipulated order submitted with this motion.

Respectfully Submitted,

Dated: November 3, 2014

s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984
Janissa Ann Strabuk, WSBA #21827
Jason T. Dennett, WSBA #30686
**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

STIPULATED MOTION TO DISMISS
PLAINTIFF'S COMPLAINT - 1
2:14-cv-00706-RSL

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Telephone: (206) 682-5600 |
| 2 | Facsimile:  (206) 682-2992 |
| | Email: kstephens@tousley.com |
| 3 | Email: jstrabuk@tousley.com |
| | Email: jdennett@tousley.com |

Joseph P. Guglielmo
William Fredericks
Joseph D. Cohen
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
Email: jguglielmo@scott-scott.com
Email: jcohen@scott-scott.com

Lionel Z. Glancy
LGlancy@glancylaw.com
Michael Goldberg
mmgoldberg@glancylaw.com
Robert V. Prongay
RProngay@glancylaw.com
Elaine Chang
EChang@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067

*Attorneys for Plaintiff*

Dated: November 3, 2014

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile:  (206) 883-2699
Email: bkaplan@wsgr.com
       gwatts@wsgr.com

*Attorneys for Defendants Blucora, Inc., William J. Ruckelshaus, and Eric M. Emans*

---

STIPULATED MOTION TO DISMISS
PLAINTIFF'S COMPLAINT - 2
2:14-cv-00706-RSL

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2014, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated: November 3, 2014

s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984

CERTIFICATE OF SERVICE
2:14-cv-00706-RSL

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992