THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK PARMELEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>BLUCORA, INC., a Delaware corporation, WILLIAM J. RUCKELSHAUS, and ERIC M. EMANS,<br><br>Defendants. | CASE NO.: 2:14-cv-00706-RSL<br><br>CLASS ACTION<br><br>**STIPULATED ORDER OF DISMISSAL** |

WHEREAS, City of Omaha Police and Fire Pension System was appointed lead plaintiff on August 29, 2014 (Dkt. No. 27);

WHEREAS, the Court set a schedule for the filing of a consolidated amended complaint on September 25, 2014 (the "Scheduling Order") (Dkt. No. 29);

WHEREAS, pursuant to the Court's Scheduling Order, Lead Plaintiff's amended complaint is due to be filed on November 3, 2014;

WHEREAS, after conducting further investigation, Lead Plaintiff has determined not to file an amended complaint and to dismiss the above captioned action without prejudice; and

STIPULATED ORDER OF DISMISSAL - 1
2:14-cv-00706-RSL

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1 | WHEREAS, the parties agree that each party shall bear its own costs and attorneys'
2 | fees, and that no party asserts or contends that any of the other parties or their respective
3 | counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure;
4 | THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the
5 | parties' respective counsel of record, that the captioned action, and each claim for relief
6 | asserted therein, shall be dismissed, without prejudice and without costs or attorneys' fees
7 | under any federal or state law.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  November 3, 2014

s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984
Janissa Ann Strabuk, WSBA #21827
Jason T. Dennett, WSBA #30686
**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone:  (206) 682-5600
Facsimile:   (206) 682-2992
Email: kstephens@tousley.com
Email: jstrabuk@tousley.com
Email: jdennett@tousley.com

Joseph P. Guglielmo
William Fredericks
Joseph D. Cohen
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone:  (212) 223-6444
Facsimile:   (212) 223-6334
Email: jguglielmo@scott-scott.com
Email: jcohen@scott-scott.com

Lionel Z. Glancy
LGlancy@glancylaw.com
Michael Goldberg
mmgoldberg@glancylaw.com
Robert V. Prongay

STIPULATED ORDER OF DISMISSAL - 2
2:14-cv-00706-RSL

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

RProngay@glancylaw.com
Elaine Chang
EChang@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067

*Attorneys for Plaintiff*

Dated:  November 3, 2014

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
             gwatts@wsgr.com

*Attorneys for Defendants Blucora, Inc., William J. Ruckelshaus, and Eric M. Emans*

STIPULATED ORDER OF DISMISSAL - 3
2:14-cv-00706-RSL

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE APPEARING THEREFORE:

1. Plaintiffs' complaint is dismissed without prejudice; and

2. Each party shall bear its own costs and attorneys' fees, and that no party asserts or contends that any of the other parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: November 4, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

Submitted by:

s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984
Janissa Ann Strabuk, WSBA #21827
Jason T. Dennett, WSBA #30686
TOUSLEY BRAIN STEPHENS PLLC
1700 7th Avenue, Suite 2200
Seattle, WA  98101
Telephone:	(206) 682-5600
Facsimile:	(206) 682-2992
Email:		kstephens@tousley.com
Email:		jstrabuk@tousley.com
Email:		jdennett@tousley.com

*Attorneys for Plaintiff*

STIPULATED ORDER OF DISMISSAL - 4
2:14-cv-00706-RSL

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992